Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. xxxxxx5505/ Our File No. 10-10-12481-NV

Attorney for Secured Creditor
CHASE HOME FINANCE, LLC

ECF FILED ON January 4, 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

JASON BLACKWELL
PATTY BLACKWELL

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 10-54049-GWZ

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO: **Jason Blackwell and Patty Blackwell**  DEBTORS
TO: **KEVIN A. DARBY, ESQ.**  ATTORNEY FOR THE DEBTOR(S)
TO: **William A Van Meter**  CHAPTER 13 TRUSTEE
TO: **ALL INTERESTED PARTIES**
TO: **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN that** CHASE HOME FINANCE, LLC, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

**Date: January 4, 2011**

_/s/ Michael W. Chen_
Michael W. Chen, Esquire
Attorney for Secured Creditor
CHASE HOME FINANCE, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on January 4, 2011, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

COUNSEL FOR DEBTOR(S)  
KEVIN A. DARBY, ESQ.  
kevin@darbylawpractice.com

TRUSTEE  
William A Van Meter  
wvanmeter13@ecf.epiqsystems.com

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Tyler Sharpe_  
An employee of THE COOPER CASTLE LAW FIRM

- 2 -